**JUNE 17, 1963**

**No. 67849.**—Loewengart & Co. *v.* United States, protest 60/29534. Protest dismissed April 11, 1963. (Not published.) Plaintiff's application for rehearing denied.

**JUNE 18, 1963**

**No. 67850.**—W. J. Byrnes & Co., Inc. *v.* United States, protest 61/16623.— Motion of Government for rehearing granted.

**No. 67851.**—Hi Test Twist Drill Works, Inc., et al. *v.* United States, protests 59/25100, etc.— Plaintiffs' application for hearing denied.

**JUNE 20, 1963**

**No. 67852.**—APPEAL 5112.—The Durst Mfg. Co., Inc. *v.* United States.—

C.D. 2332 reversed April 25, 1963. C.A.D. 820.